# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0117. RYAN REID v. THE STATE.

Ryan Reid was convicted of enticing a child for indecent purposes and aggravated child molestation, and his convictions were affirmed on appeal. See *Reid v. State*, 361 Ga. App. 617 (865 SE2d 245) (2021). Reid later filed a "Motion to Set Aside Judgment for Lack of Subject Matter Jurisdiction," claiming that his convictions were void because the indictment and the statutes cited therein were not valid. The trial court dismissed the motion, and Reid filed this application for discretionary review.[1] We lack jurisdiction.

"[A] motion to set aside is not an established procedure for challenging the validity of a judgment in a criminal case[.]" *Williams v. State*, 283 Ga. 94, 94-95 (656 SE2d 144) (2008). And, any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 194 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Reid's claim regarding the indictment constitutes an improper collateral attack on his convictions. See *Roberts*, supra. Accordingly, this appeal is hereby DISMISSED.

---

[1] Reid filed his application in the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S23D0205 (transferred Oct. 20, 2022).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   12/07/2022*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*